# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: CR 10-101 |
|---|---|
| v. Sylvia Mardini | COMPLAINT: |
| Defendant/~~Material Witness~~ | ~~INDICTMENT~~ / INFORMATION: |
| | VIOLATION OF TITLE: 18    SECTION: 1001(a)(2) |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☒ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 10,000.00   RELEASE No. _____
☐ APPEARANCE BOND IN THE AMOUNT OF $ _____
  ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
  ☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)

☐ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: _____ Date

☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ _____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ _____
☐ ADDITIONAL REQUIREMENTS: UM _____   ☒ ALL REQUIREMENTS HAVE BEEN MET: UM
☒ BAIL FIXED BY COURT UM
                       Deputy Clerk                                       Deputy Clerk

## PRE-CONDITIONS TO RELEASE

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☒ Defendant shall submit to ↑ PSA  ☒ Pretrial Supervision.  ☐ Intensive Pretrial Supervision.
☒ Surrender all passports to ~~the Clerk of Court~~, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA Travel outside CDC must be preapproved by PSA
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials SMM   Date 2/22/10

ORIGINAL - YELLOW COPY          PINK - PRETRIAL SERVICES          WHITE - DEFENDANT COPY

CR-1 (07/05)   CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM   Page 1 of 2

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Sylvia Mardini*
Defendant/Material Witness.

CASE NUMBER: CR 10-101

- [ ] Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
    - [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
        [ ] **Release to PSA only**.
    - [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**
    - [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
- [ ] Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- [ ] Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
- [ ] Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
- [ ] Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
- [ ] Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
- [ ] Other conditions: _____

X 2/22/10
Date

X *[signature]*
Defendant/Material Witness' Signature

X 909 866 1546
Telephone Number

X LA, CA 90064
City, State And Zip Code

- [ ] **Check if interpreter is used**: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
Interpreter's signature

_____
Date

Approved: *[signature]*
United States District Judge / Magistrate Judge

2/22/10
Date

If Cash Deposited: Receipt # _____     For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY        PINK- PRETRIAL SERVICES        WHITE - DEFENDANT COPY

CR-1 (07/05)     CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM     Page 2 of 2

GPO U.S.GOVERNMENT PRINTING OFFICE: 2005-785-040

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will not leave the State of California except upon order of this Court, and I will immediately inform my counsel of any change in my residence address or telephone number so that I may be reached at all times.

I will not commit a Federal, State, or local crime during the period of release.

I will not intimidate any witness, juror or officer of the court or obstruct the criminal investigation in this case in violation of Title 18 U.S.C. Section 1503 and 1510. Additionally, I will not tamper with, harass or retaliate against any alleged witness, victim or informant in this case in violation of Title 18 U.S.C. Section 1512 and 1513.

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

AS A CONDITION OF MY RELEASE ON THIS BOND, PURSUANT TO TITLE 18 OF THE UNITED STATES CODE, I HAVE READ OR HAVE HAD INTERPRETED TO ME AND UNDERSTAND THE GENERAL CONDITIONS OF RELEASE, THE PRE-CONDITION AND ADDITIONAL CONDITIONS OF RELEASE AND AGREE TO COMPLY WITH ALL CONDITIONS OF RELEASE IMPOSED ON ME AND TO BE BOUND BY THE PROVISIONS OF LOCAL CRIMINAL RULE 46-6.

FURTHERMORE, IT IS AGREED & UNDERSTOOD THAT THIS IS A CONTINUING BOND (INCLUDING ANY PROCEEDING ON APPEAL OR REVIEW) WHICH SHALL CONTINUE IN FULL FORCE & EFFECT UNTIL SUCH TIME AS DULY EXONERATED.

I UNDERSTAND THAT VIOLATION OF ANY OF THE GENERAL AND/OR ADDITIONAL CONDITIONS OF RELEASE AS GIVEN ON THE FACE OF THIS BOND MAY RESULT IN A REVOCATION OF RELEASE, AN ORDER OF DETENTION AND A NEW PROSECUTION FOR AN ADDITIONAL OFFENSE WHICH COULD RESULT IN A TERM OF IMPRISONMENT AND/OR FINE.

I FURTHER UNDERSTAND THAT IF I FAIL TO OBEY AND PERFORM ANY OF THE GENERAL AND/OR ADDITIONAL CONDITIONS OF RELEASE AS GIVEN ON THE FACE OF THIS BOND, THIS BOND MAY BE FORFEITED TO THE UNITED STATES OF AMERICA. IF SAID FORFEITURE IS NOT SET ASIDE, JUDGMENT MAY BE SUMMARILY ENTERED IN THIS COURT AGAINST MYSELF AND EACH SURETY, JOINTLY AND SEVERALLY, FOR THE BOND AMOUNT, TOGETHER WITH INTEREST AND COSTS, AND EXECUTION OF THE JUDGMENT MAY BE ISSUED OR PAYMENT SECURED AS PROVIDED BY THE FEDERAL RULES OF CRIMINAL PROCEDURE AND OTHER LAWS OF THE UNITED STATES AND ANY CASH, REAL OR PERSONAL PROPERTY OR THE COLLATERAL PREVIOUSLY POSTED IN CONNECTION WITH THIS BOND MAY BE FORFEITED.